IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**TERI L. MZOZOYANA**
6653 Letterman Drive
Powell, Ohio 43065

Plaintiff,

vs.

**SECRETARY OF VETERANS AFFAIRS**
Robert L. Wilke
810 Vermont Avenue
Washington, D.C. 20420

Defendant.

Case No.: 3:19-cv-91

Judge

**COMPLAINT WITH
JURY DEMAND**

Now comes Plaintiff Teri L. Mzozoyana ("Mzozoyana" or "Plaintiff") by her counsel, and for her Complaint against Defendant Secretary of Veterans Affairs hereinafter referred to as "Defendant" states as follows:

### I. PARTIES, JURISDICTION & VENUE

1. This is an action for wrongful demotion predicated on the racial and age employment discrimination pursuant to Title VII of the Civil Rights Act of 1964, and The Age Discrimination in Employment Act of 1967.

2. Plaintiff is a resident of Franklin County, Ohio and a current employee of the Department of Veterans Affairs. Plaintiff is an African American female born on January 27, 1957.

3. Defendant Department of the Veterans Affairs has various medical centers located in Ohio and other states, including locations in this judicial district.

4. Jurisdiction in this Court is proper at least pursuant to 42 U.S.C. §2000 (e) of the Civil Rights Act.

5. Venue properly lies with the Southern District of Ohio because Defendant conduct business with this district.

6. On or about February 22, 2019, the Office of Employment Discrimination Complaint Adjudication, U.S. Department of Veterans Affairs issued a Final Agency Decision ("FAD") which, granted Plaintiff the right to bring this action in this Court no later than thirty days after Plaintiff's receipt of the decision which was received on March 2, 2019. Plaintiff has timely filed this Complaint.

## II. FACTUAL BACKGROUND

7. Plaintiff restates the previous allegations of paragraphs 1-6 herein.

8. Plaintiff began employment with Defendant in October 1982. At all relevant and material times hereto Plaintiff was employed as the Human Resources Officer at the Columbus VA Ambulatory Care Center. This was a GS-13 position.

9. On November 26, 2017 Plaintiff was demoted from her Human Resources Officer position to Human Resource Specialist, resulting in a $20,000.00 reduction in her salary.

10. The demotion allegedly arose out of an anonymous complaint to the Office of Inspector General. The complaint alleged that Plaintiff had facilitated the hiring of her husband in a training position at the Columbus facility and that Plaintiff had accessed an employee's health records without a need to know.

11. Although both allegations were totally false, the facility conducted a fact finding investigation regarding same, and a finding was made that Plaintiff was improperly involved in the hiring of her husband and that her actions did not meet merit systems principles and constituted a prohibited personnel practice. The charge involving accessing medical records was dismissed. The fact finding was conducted by the facility's Associate Director, Jamie Kuhne, a then 38 year old white female. This Associate Director on or about October 13, 2017, issued Plaintiff a notice of proposed removal. To support said proposal action Kuhne allegedly consulted with employees located at both the Dayton VA Medical Center and the Cleveland VA Medical Center and relied on their advice.

12. Plaintiff denied all the allegations in the Notice of Proposed Removal.

13. However, on November 26, 2017 the Director of the facility, Wendy Hepker, a white female sustained the proposed removal, but then mitigated the removal to a demotion of Plaintiff to a HR Specialist position at a GS-12 level and with a salary reduction of $20,000.

14. Previously Director Hepker had facilitated the hiring of her husband at the Columbus facility and did not receive any discipline whatsoever. Also, the Associate Director had recently facilitated the hiring of her brother in law at the facility and was not disciplined for same.

15. Furthermore, younger, non minority staff at the Columbus facility had engaged in unethical actions and actions which violated VA procedures and rules without any disciplinary action being imposed against them.

16. Defendant's then Columbus Director Wendy Hepker was fully informed of all the facts and details of the hiring of Plaintiff's husband before a decision was made to hire him and advised Plaintiff she had followed all applicable procedures and Plaintiff's husband could be

3

hired. Likewise Defendant's Regional Counsel also approved the hiring. Later Director Hepker denied her conversations with Plaintiff had taken place.

### III.     CAUSES OF ACTION

#### A. RACE DISCRIMINATION
CIVIL RIGHTS ACT OF 1964 AS AMENDED

17.     Plaintiff restates the previous allegations of paragraphs 1-16 of her Complaint.

18.     Plaintiff is an African American female and was and is protected from employment racial discrimination by the Civil Rights Act of 1964, as amended.

19.     Plaintiff was an exceptional employee of the Columbus VA Medical Center and whose performance before November 26, 2017 was considered and rated as "outstanding."

20.     Plaintiff was treated differently by Defendant in respect to the terms and conditions of her employment than similarly situated non minority employees at the Columbus facility, including but not limited to Wendy Hepker, Jamie Kuhne, Cynthia Gress, James Dusenberry, Catherine Gnau and Gregg Kuck.

21.     As a result of Defendant's unlawful and discriminatory treatment of Plaintiff, due to her race, Plaintiff was demoted from a GS-13 to a GS-12 position and her salary was reduced by $20,000.00.

22.     As a result of Defendant's unlawful actions, Plaintiff has suffered damage in the form of lost pay and benefits and has been forced to incur attorney fees.

#### B.     AGE DISCRIMINATION
AGE DISCRIMINATION IN EMPLOYMENT ACT

23.     Plaintiff restates the previous allegations 1-22 of her Complaint.

24. Plaintiff was born in January 1957, and due to her age at all relevant times herein is and was protected from employment age discrimination by the Age Discrimination in Employment Act of 1967, as amended.

25. Plaintiff was treated differently by Defendant in respect to the terms and conditions of her employment than similarly situated and substantially younger employees at the Columbus facility.

26. As a result of Defendant's unlawful and discriminatory treatment of Plaintiff, due to her age, Plaintiff was demoted from a GS-13 to a GS-12 position and her salary was reduced by $20,000.00

27. As a result of Defendant's unlawful actions Plaintiff has suffered damages in the form of lost pay and benefits, statutory damages and has been forced to incur attorney fees.

## IV. PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Teri Mzozoyana respectfully demands judgment against Defendant Secretary of Veterans Affairs and prays for the following relief:

A. Reinstatement to her former position of Human Resources Officer with an award of back pay and all benefits due and owing and/or front pay plus benefits, if reinstatement is not feasible;

B. The removal of all documents and records from her personnel file associated with the 2017 demotion;

C. An award of compensatory damages in the amount of $300,000;

D. Statutory damages pursuant to the Age Discrimination Act in Employment Act of 1967, as amended;

E. An award of pre and post judgment interest;

F. An award of reasonable attorney fees and costs; and

G. Such other relief that this Court deems just and equitable.

Respectfully submitted,

DUWEL LAW

**/s/ David M. Duwel**
DAVID M. DUWEL (0029583)
130 West Second Street, Ste 2101
Dayton, Ohio 45402
PH:   (937) 297-1154
FAX:  (937) 297-1152

ATTORNEY FOR PLAINTIFF

### CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of March 2019, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's CM/ECF and copies will be mailed via U.S. Mail to those parties to whom electronic notice has not been sent. Parties may access the filing through the Court's e-filing system.

**/s/ David M. Duwel**
Attorney at Law