# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **TERI MZOZOYANA** | : | **CASE NO. 3:19cv91** |
| **Plaintiffs,** | : | |
| | : | **JUDGE WALTER H. RICE** |
| v. | : | |
| **SECRETARY OF VETERANS AFFAIRS** | : | |
| **Defendant.** | : | |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. §636(b)(1)(A), (B), and (C), and §636(b)(3), the above-captioned action is hereby referred to United States Magistrate Judge Sharon L. Ovington, ADR Coordinator, for purposes of conducting a mediation.

Dated: October 20, 2021

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT