IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TERI MZOZOYANA | : | CASE NO. 3:19cv91 |
| Plaintiff, | : | |
| | : | JUDGE WALTER H. RICE |
| v. | : | |
| SECRETARY OF VETERANS AFFAIRS | : | |
| Defendant. | : | |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. §636(b)(1)(A), (B), and (C), and §636(b)(3), the above-captioned action is hereby referred to United States Magistrate Judge Peter B. Silvain, Jr., ADR Coordinator, for purposes of conducting a mediation. The parties request that this matter be set for mediation on or shortly after December 15, 2022, as Trial is currently set for January 23, 2023.

Dated: November 18, 2022

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT