**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| TERI MZOZOYANA, | : | Case No. 3:19-cv-91 |
| Plaintiff, | : | |
| vs. | : | District Judge Walter H. Rice |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| SECRETARY OF VETERANS AFFAIRS, | : | |
| Defendant. | : | |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636, and at the request of the parties, this case is hereby referred to Judge Caroline H. Gentry for the purposes of mediation.

**IT IS SO ORDERED.**

November 22, 2022

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge